Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIEAST BACKMON,

               Plaintiff,

   v.

DARDEN CORPORATION, et al.,

               Defendants.

Case No. 2:24-cv-01420-RAJ

ORDER

THIS MATTER comes before the Court upon Defendants' request for a status hearing.  The Court declines the request.  On April 18, 2025, the Court entered an order granting Defendants' Motion to Compel Arbitration and to Stay the Case.  Dkt. # 15.  The Court stated that if the parties failed to commence arbitration within twelve (12) months of its April 18, 2025 order, the Court would dismiss Plaintiff's claims and terminate the case.  Since entry of the order, there have been no further filings other than the required periodic joint status reports.  No party has sought relief from the Court's order compelling arbitration.

If the parties have failed to commence arbitration by April 18, 2026, the Court will dismiss Plaintiff's claims and terminate this case.

DATED this 3rd day of April, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 1